**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANNER CONSTRUCTION
CO., INC., et al.,
      Plaintiffs,

vs.                             CASE NO. 8:09-CIV-650-T-17-TBM

HILLSBOROUGH COUNTY, FLORIDA,
      Defendant.
_____/

### ORDER

      This cause is before the Court on the mandate issued by the Eleventh Circuit Court of Appeals on July 8, 2010 (Docket No. 48). The defendant is immune from liability as to Counts I and II in this case as set out by the appellate court and they are dismissed. With no federal claims left in the action, the Court declines to take pendent jurisdiction over the remaining state causes of action. Accordingly, it is

      **ORDERED** that Therefore, this case is **dismissed in its entirety**. The Clerk of Court is directed to close this case and to terminate any pending motions.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of July, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record